FILED: April 4, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1273
(1:15-cv-00904-CMH-TCB)
(15-01046-BFK)

_____

In re: KYEUNG GUK MIN

      Debtor

-------------------------------

AMERICAN SAFETY CASUALTY INSURANCE COMPANY

      Plaintiff - Appellant

v.

KYEUNG GUK MIN

      Defendant - Appellee

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 07/15/2016

Opening brief due: 07/15/2016

Response brief due: 08/17/2016

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>